**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| AARON WATSON,<br><br>             Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, et. al.,<br><br>             Defendants. | Case No. EDCV 22-0203-AB(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records herein, and the attached Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

The Court notes that Plaintiff may be attempting to present new evidence and arguments in his Objections to the Magistrate

Judge's Report and Recommendation. *See* ECF Nos. 41, 45, 48. However, new evidence and arguments are not properly raised for the first time in Objections. *See Laronge v. Berryhill*, 685 F. App'x 519, 521 (9th Cir. 2017) (argument not presented in opening brief is waived); *Laura B. v. Berryhill*, No. CV 18-3238-KS, 2019 WL 2058636, at *5 (C.D. Cal. May 8, 2019) (same). Nevertheless, the Court has considered all of the evidence and arguments Plaintiff presents and finds his Objections lack merit for the reasons stated in the Report and Recommendation.

**IT IS ORDERED** that (1) Plaintiff's motion for summary judgment is DENIED; (2) Defendant's motion for summary judgment is GRANTED; and (3) Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 5, 2023

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE