**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AARON WATSON,<br><br>            Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, et. al.,<br><br>            Defendants. | Case No. EDCV 22-0203-AB(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendants.

DATED: April 05, 2023

                                                        ANDRÉ BIROTTE JR.
                                       UNITED STATES DISTRICT JUDGE